435 A.2d 907

Commonwealth v. Green, Appellant.

Argued April 30, 1981. Raymond H. Bogarty, for

544

appellant; Charles Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and BROSKY and HOFFMAN, JJ.

Order affirmed.